IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD GENE GUY,

      Plaintiff,

vs.                                                                 No. CIV 08-706 JH/LFG

LT. LLOYD BURNS, Detention Officer
at Doña Ana County Detention Center,

      Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS AND RECOMMENDED DISPOSITION AND DISMISSING CERTAIN CLAIMS

THIS MATTER came before the Court on the Magistrate Judge's Analysis and Recommended Disposition [Doc. 41], filed June 29, 2009. Petitioner did not file objections and the deadline for filing objections has passed. The Court accepts the Analysis and Recommended Disposition.

IT IS THEREFORE ORDERED that the Analysis and Recommended Disposition of the United States Magistrate Judge is adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's claims of failure to provide safe working conditions in the kitchen and failure to provide adequate medical care are hereby dismissed.

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant Burns, relating to intrusive body search and retaliation, be allowed to proceed.

_____
UNITED STATES DISTRICT JUDGE