IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD GENE GUY,

        Plaintiff,

vs.                                             No. CIV 08-706 JH/LFG

LT. LLOYD BURNS, Detention Officer
at Doña Ana County Detention Center,

        Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING ACTION

THIS MATTER comes before the Court on the Magistrate Judge's Findings and Recommended Disposition [Doc. 48], filed November 20, 2009. Plaintiff did not file objections, and the deadline for filing objections has passed. The Court accepts the Findings and Recommended Disposition.

IT IS THEREFORE ORDERED that the Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that the Complaint is dismissed and this action is hereby dismissed with prejudice.

                                                        _____
                                                        UNITED STATES DISTRICT JUDGE